193 So. 894

**Mary THOMPSON v. STATE.**

**8 Div. 804.**

Court of Appeals of Alabama.

Jan. 30, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.

192 So. 924

**R. L. THOMPSON v. STATE.**

**6 Div. 532.**

Court of Appeals of Alabama.

Dec. 19, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Appeal dismissed.

193 So. 894

**William I. THOMPSON v. STATE.**

**8 Div. 936.**

Court of Appeals of Alabama.

Jan. 30, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.

Appeal dismissed.

192 So. 924

**Elmon TICE v. STATE.**

**6 Div. 488.**

Court of Appeals of Alabama.

Dec. 19, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.

198 So. 881

**Victor TIERCE v. CITY OF TUSCALOOSA.**

**6 Div. 728.**

Court of Appeals of Alabama.

Oct. 29, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

195 So. 912

**H. L. (alias Herman L.) TILLERY v. STATE.**

**4 Div. 577.**

Court of Appeals of Alabama.

April 9, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Affirmed.